# Chapter 13 Plan

Case No. _____

Debtor(s): __Janet Ann Coates_____  SS#: XXX-XX-5372  Net Monthly Earnings: $2,594.00

XXX-XX-____  Number of Dependents: 0

Full Address: __2267 Treadwell Road, Birmingham, Alabama 3217-4423__

I. Plan Payments:
   - (✓) Debtor(s) propose to pay direct a total of $__285.00__  ☐ weekly ☐ biweekly ☐ semi-monthly ✓ monthly into the plan; or
   - (__) Payroll deduction Order: To _____ for
      $_____  ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately __60__ months, and total debt to be paid through plan is approximately $__12,204.00__.

II. From the payments so received, the Trustee shall make disbursements as follows:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [(See § 1322(a)(2)].

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

   | CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
   |---|---|---|---|
   |  |  |  |  |
   |  |  |  |  |

   B. Total Attorney Fee: $__2,500.00__; $__300.00__ paid pre-petition; $__200__ to be paid at confirmation and $__100__ per month for __20__ months
   
   $_____ per month for ____ months

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts.

   | Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid ☐ by Trustee ✓ by Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
   |---|---|---|---|---|---|---|---|
   | CitiMortgage, Inc. | $60,169.00 | $578.00 | April 2008 | None | None | 7.00% | N/A |
   | Midland Mortgage Company | 39,582.00 | 666.00 | April 2008 | $4,000.00 | through March 2008 | 10% | $150.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

   | Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
   |---|---|---|---|---|---|---|---|---|
   | None |  |  |  |  |  |  |  |  |
   |  |  |  |  |  |  |  |  |  |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

   | Name of creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
   |---|---|---|---|---|
   | None |  |  |  |  |
   |  |  |  |  |  |

- ✓ This is an original plan.
- ☐ This is an amended plan replacing plan dated _____.
- ✓ This plan proposes to pay unsecured creditors __100__ %
- ☐ Other provisions: _____

Attorney for Debtor Name/Address Telephone #   Dated: __3/24/08__
Daisy M. Holder, Attorney at Law
505 20th Street North, Suite 1625
Birmingham, Alabama 35203-2605
TELEPHONE: (205) 251-2334
FACSIMILE: (205) 328-8060

/s/ Janet A. Coates
Signature of Debtor